UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL W. KELLER,<br><br>    Plaintiff,<br>v.<br><br>DARRIN BALAAM; et al.,<br><br>    Defendants. | Case No. 3:25-cv-00224-ART-CSD<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE<br><br>(ECF Nos. 5, 1, 1-1) |

*Pro se* Plaintiff Daniel Keller sues the Washoe County Sheriff Darrin Balaam, several state officials, and a Washoe County Sheriff's Deputy for ignoring cases that he has filed in exchange for bribes.

Magistrate Judge Denney reviewed Keller's Complaint for screening and found that Keller failed to state a claim upon which relief may be granted. (ECF No. 5 at 5.) Keller's first claim alleges that his public defenders accepted bribes from people who stole his inheritance, murdered his life partner, and stalked him. (*Id.*) His second claim alleges that Sheriff Balaam and his officers ignored his report and cries for help. His third claim alleges that someone sabotaged Keller's mail while he was incarcerated. (*Id.*) Magistrate Judge Denney found that Keller had not alleged sufficient facts to state a sufficient claim under Section 1983 and provided the relevant legal standards for making such a claim.

Under the Federal Magistrates Act, a Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any

1

review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985); *United States v. Reyna–Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003).

Keller has not filed an objection to Magistrate Judge Denney's report and recommendation, and his time to do so has now expired. (*See* ECF No. 5.)

**Conclusion**

The Court adopts Judge Denney's report and recommendation (ECF No. 5) in full.

In accordance with the report and recommendation, the Court dismisses Keller's Sixth Amendment claim without leave to amend and without prejudice, so that it may be raised, if appropriate to do so, in a direct appeal, post-conviction, or habeas proceeding.

In accordance with the report and recommendation, the Court dismisses Keller's remaining claims with leave to amend. Keller may file an amended complaint correcting the deficiencies identified in the report and recommendation within 30 days of this order, or else the court will enter judgment and close the case.

DATED THIS 6th day of August 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2